**Fill in this information to identify your case:**

Debtor 1: Yesenia Gonzalez
  First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Northern District of FL

Case number: _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Yesenia Gonzalez_____   X _____
Signature of Debtor 1              Signature of Debtor 2

Date 2/02/2023          Date _____
     MM / DD / YYYY          MM / DD / YYYY

Signature: _Yesenia Gonzalez_
  Yesenia Gonzalez (Feb 2, 2023 07:47 EST)

Email: yessygonzalez04@gmail.com

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules