FORM orscmtx (Rev. 09/20)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Gainesville Division

In Re: Yesenia E Gonzalez
    SSN/ITIN: xxx–xx–9497
    Debtor

Bankruptcy Case No.:  23–10012–KKS

Chapter:  7
Judge:  Karen K. Specie

### *ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE LIST OF CREDITORS OR MATRIX*

On January 19, 2023, the Debtor(s) filed a Voluntary Chapter 7 Petition. To date, Debtor(s) has failed to file either:

1. a list containing the name and address of each entity included or to be included on Schedules D, E/F, G, and H as prescribed by the Official Forms and as required by 11 U.S.C. § 521(a)(1)(A) and Fed. R. Bankr. P. 1007(a)(1); or
2. a mailing matrix (*see* N.D. Fla. LBR 1007–2).

For that reason it is

ORDERED: Debtor(s) shall file the required list of creditors or mailing matrix no later than fourteen (14) days from the date of this Order. Failure to do so will result in dismissal of this case without further notice or hearing.

***DONE AND ORDERED*** on February 6, 2023.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to parties in interest