**FORM** orshowcf (DRAFT Rev. 02/23)

# UNITED STATES BANKRUPTCY COURT
Northern District of Florida
Gainesville Division

In Re: Yesenia E Gonzalez
SSN/ITIN: xxx–xx–9497
Debtor

Bankruptcy Case No.: 23–10012–KKS

Chapter: 7
Judge: Karen K. Specie

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED DUE TO OUTDATED OFFICIAL FORMS

On January 19, 2023, Debtor(s) filed a Voluntary Chapter 7 Petition for relief under the Bankruptcy Code and other accompanying documents using outdated forms. Bankruptcy Rule 9009 provides the Official Forms prescribed by the Judicial Conference of the United States shall be used without alteration unless as specified. The documents listed below are outdated, so do not qualify as Official Forms pursuant to Rule 9009.

    Summary of Assets & Liabilities and Application to Have the Chapter 7 Filing Fee Waived

For the reason stated, it is ORDERED:

1. No later than fourteen (14) days from the date of this Order, Debtor(s) shall re–file the above–listed documents on the current Official forms or show cause in writing within the time specified why this case should not be dismissed for failure to file the required Official Forms.

2. The Clerk is authorized to: 1) determine whether this Order to Show Cause has been satisfied upon the filing of the required Official Form(s); and 2) docket any documents re–filed pursuant to this Order as amendments or modifications of the above–listed forms.

3. Failure to comply with this Order may result in dismissal of this case without further notice or hearing.

**DONE AND ORDERED** on February 9, 2023.

/s/ Karen K. Specie
Karen K. Specie
U.S. Bankruptcy Judge

**SERVICE:** Service by the Court to all parties in interest

The correct, current Official Forms can be found at http://www.uscourts.gov/forms/bankruptcy–forms. For assistance in filing the correct Official Forms, please contact the Clerk's Office Help Desk at (866) 639–4615 or by email at CMECF_HelpDesk@flnb.uscourts.gov.