United States Bankruptcy Court

Northern District of Florida

In re: | Case No. 23-10012-KKS
Yesenia E Gonzalez | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1129-1      User: admin      Page 1 of 2
Date Rcvd: Jul 03, 2023      Form ID: pdf002      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yesenia E Gonzalez, 1213 NW 55th Street S, Unit 1, Gainesville, FL 32605-6467 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Union Home Mortgage Corp. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amber Robinson | on behalf of Debtor Yesenia E Gonzalez arobinson@arobinsonlawfirm.com |
| KEITH S LABELL | on behalf of Creditor Union Home Mortgage Corp. klabell@raslg.com klabell@raslg.com |
| Theresa M. Bender | tmbenderch7@gmail.com FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com |
| Theresa M. Bender | on behalf of Trustee Theresa M. Bender tmbenderch7@gmail.com FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

District/off: 1129-1 User: admin Page 2 of 2
Date Rcvd: Jul 03, 2023 Form ID: pdf002 Total Noticed: 1
TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

IN RE:

YESENIA E. GONZALEZ,　　　　　　CASE NO.: 23-10012-KKS
　　　　　　　　　　　　　　　　CHAPTER: 7

____Debtor._____/

## ORDER ON REAFFIRMATION AGREEMENT (ECF No. 67)
(Represented Debtor–Attorney Signed, Presumption Rebutted)

Represented Debtor filed a Reaffirmation Agreement (ECF No. 67), accompanied by a declaration or affidavit of Debtor's attorney as required by 11 U.S.C. § 524(c)(3). The creditor is not a credit union and Debtor's expenses exceed Debtor's income, so a presumption of undue hardship arises under 11 U.S.C. § 524(m)(1). The Court having reviewed the Reaffirmation Agreement, and Debtor having rebutted the presumption at the hearing held on June 27, 2023, it is

ORDERED: The Reaffirmation Agreement (ECF No. 67) is NOT DISAPPROVED under 11 U.S.C. § 524(m)(1).

DONE and ORDERED on __July 3, 2023_____.

　　　　　　　　　　　　　　　　　KAREN K. SPECIE
　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

cc: all interested parties.