United States Bankruptcy Court

Northern District of Florida

In re:  
Yesenia E Gonzalez  
    Debtor

Case No. 23-10012-KKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1129-1          User: admin          Page 1 of 3  
Date Rcvd: Jul 06, 2023          Form ID: 318          Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yesenia E Gonzalez, 1213 NW 55th Street S, Unit 1, Gainesville, FL 32605-6467 |
| 2479621 | | American Express-blue, PO Box 65448, Dallas, TX 75265 |
| 2479624 | + | Apple Credit, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 2479627 | | Bank of America, PO Box 51001, Dallas, TX 75258 |
| 2479639 | + | Macy's Credit, 6716 Grade Lane, Blg 9,, Suite 910, Louisville, KY 40213-3439 |
| 2479628 | + | Target Red Credit, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jul 07 2023 04:19:00 | Florida Dept. of Labor/Employment Security, c/o Florida Dept. of Revenue, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | EDI: FLDEPREV.COM | Jul 07 2023 04:19:00 | Florida Dept. of Revenue, Bankruptcy Unit, P.O. Box 6668, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: USAFLN.TLHBankruptcy@usdoj.gov | Jul 07 2023 00:19:00 | U.S. Attorney (Tallahassee Office), 111 N. Adams Street, Fourth Floor, Tallahassee, FL 32301 |
| 2479631 | + | EDI: RMSC.COM | Jul 07 2023 04:19:00 | Amazon Credit Care, PO Box 960013, Orlando, FL 32896-0013 |
| 2491138 | | Email/PDF: bncnotices@becket-lee.com | Jul 07 2023 00:25:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 2479630 | + | EDI: BANKAMER.COM | Jul 07 2023 04:19:00 | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 2488354 | | EDI: BANKAMER.COM | Jul 07 2023 04:19:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 2479634 | + | EDI: TSYS2 | Jul 07 2023 04:19:00 | Barclay's Credit, PO Box 13337, Philadelphia, PA 19101-3337 |
| 2479625 | + | EDI: RMSC.COM | Jul 07 2023 04:19:00 | Ebay Credit, PO Box 530939, Atlanta, GA 30353-0939 |
| 2498369 | | EDI: JEFFERSONCAP.COM | Jul 07 2023 04:19:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 2479619 | + | EDI: RMSC.COM | Jul 07 2023 04:19:00 | Lowe's Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 2477643 | + | EDI: RECOVERYCORP.COM | Jul 07 2023 04:19:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 2479637 | + | EDI: RMSC.COM | Jul 07 2023 04:19:00 | Sam's Club, PO Box 965005, Orlando, FL |

| District/off: 1129-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2023 | Form ID: 318 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 2479636 | | + EDI: RMSC.COM | Jul 07 2023 04:19:00 | Syncb/Paypal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 2490215 | | EDI: AIS.COM | Jul 07 2023 04:19:00 | TD Bank, USA, by American InfoSource as agent, PO Box 248866, Oklahoma City, OK 73124-8866 |
| 2479633 | | + EDI: RMSC.COM | Jul 07 2023 04:19:00 | Venmo Credit, PO Box 960080, Orlando, FL 32896-0080 |

Note: 32896-5005 appears above Syncb/Paypal Credit row.

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Union Home Mortgage Corp. |
| 2479642 | | FLNB Local Form 36-M |
| 2482493 | | FLNB Local Form 36-M |
| 2479620 | | NameAddressCity, ST Zip Code |
| 2479623 | | NameAddressCity, ST Zip Code |
| 2479626 | | NameAddressCity, ST Zip Code |
| 2479629 | | NameAddressCity, ST Zip Code |
| 2479632 | | NameAddressCity, ST Zip Code |
| 2479635 | | NameAddressCity, ST Zip Code |
| 2479638 | | NameAddressCity, ST Zip Code |
| 2479640 | | NameAddressCity, ST Zip Code |
| 2479641 | | NameAddressCity, ST Zip Code |
| 2479643 | | Yesenia Gonzalez |
| 2482494 | | Yesenia Gonzalez |
| 2482487 | *+ | Amazon Credit Care, PO Box 960013, Orlando, FL 32896-0013 |
| 2491139 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 2482480 | * | American Express-blue, PO Box 65448, Dallas, TX 75265 |
| 2482482 | *+ | Apple Credit, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 2482486 | *+ | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 2482484 | * | Bank of America, PO Box 51001, Dallas, TX 75258 |
| 2482489 | *+ | Barclay's Credit, PO Box 13337, Philadelphia, PA 19101-3337 |
| 2482483 | *+ | Ebay Credit, PO Box 530939, Atlanta, GA 30353-0939 |
| 2482479 | *+ | Lowe's Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 2482492 | *+ | Macy's Credit, 6716 Grade Lane,, Blg 9, Suite 910, Louisville, KY 40213-3410 |
| 2482481 | *+ | Overstock Credit, PO Box 659707, San Antonio, TX 78265-9707 |
| 2482491 | *+ | Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 2482490 | *+ | Syncb/Paypal Credit, PO Box 960006, Orlando, FL 32896-0006 |
| 2482485 | *+ | Target Red Credit, PO Box 660170, Dallas, TX 75266-0170 |
| 2482488 | *+ | Venmo Credit, PO Box 960080, Orlando, FL 32896-0080 |
| 2479622 | ##+ | Overstock Credit, PO Box 659707, San Antonio, TX 78265-9707 |

TOTAL: 14 Undeliverable, 15 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2023          Signature:          /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 1129-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2023 | Form ID: 318 | Total Noticed: 22 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amber Robinson | on behalf of Debtor Yesenia E Gonzalez arobinson@arobinsonlawfirm.com |
| KEITH S LABELL | on behalf of Creditor Union Home Mortgage Corp. klabell@raslg.com  klabell@raslg.com |
| Theresa M. Bender | tmbenderch7@gmail.com FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com |
| Theresa M. Bender | on behalf of Trustee Theresa M. Bender tmbenderch7@gmail.com  FL62@ecfcbis.com;tmbenderch7@ecf.inforuptcy.com |
| United States Trustee | USTPRegion21.TL.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Yesenia E Gonzalez** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–9497** <br> EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Northern District of Florida** | | |
| Case number:  **23–10012–KKS** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yesenia E Gonzalez

July 6, 2023

**By the court:**  <u>Karen K. Specie</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**